L. Kristopher Rath (5749)
HUTCHINSON & STEFFEN, LLC
Peccole Professional Park
10080 W. Alta Drive, Suite 200
Las Vegas, Nevada 89145
krath@hutchlegal.com
Telephone: (702) 385-2500
Facsimile: (702) 385-2086

Edward R. Nelson, III
FRIEDMAN, SUDER & COOKE
Tindall Square Warehouse No. 1
604 East 4th Street, Suite 200
Fort Worth, Texas 76102
nelson@fsclaw.com
Telephone: (817) 334-0400
Facsimile: (817) 334-0401

Attorneys for Plaintiff
1ST MEDIA LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| 1ST MEDIA LLC, | Case No.: 2:07-cv-01589-KJD-RJJ |
| Plaintiff, | |
| v. | STIPULATION AND ORDER FOR DISMISSAL OF doPi KARAOKE, INC. |
| doPi KARAOKE, INC., ELECTRONIC ARTS, INC., HARMONIX MUSIC SYSTEMS, INC., MICROSOFT CORPORATION and VIACOM, INC., | |
| Defendants. | |

## STIPULATION AND ORDER FOR DISMISSAL OF doPi KARAOKE, INC.

Plaintiff, 1ST MEDIA LLC (hereinafter "1st Media"), and Defendant, doPi KARAOKE, INC. (hereinafter "doPi Karaoke"), have settled this action. Accordingly, based upon the agreement of

1st Media and doPi Karaoke, it is hereby stipulated that all claims of 1st Media against Defendant doPi Karaoke only be dismissed with prejudice. Each party will bear their own fees and costs. This dismissal is with respect to Defendant doPi Karaoke, only. All remaining Defendants are still parties to this action.

DATED this 21st day of February, 2008.

HUTCHISON & STEFFEN, LLC

_____
L. Kristopher Rath (5749)
Peccole Professional Park
10080 West Alta Drive, Suite 200
Las Vegas, Nevada 89145

Edward R. Nelson, III
FRIEDMAN, SUDER & COOKE
Tindall Square Warehouse No. 1
604 East 4th Street, Suite 200
Fort Worth, Texas 76102

*Attorneys for Plaintiff 1st Media LLC*

DATED this 19th day of February, 2008.

_____
Kevin Vander Vliet
369 Cahuenga Drive
Oxnard, California 93035

*Defendant doPi Karaoke, Inc.*

## ORDER

**IT IS SO ORDERED.**

_____
U.S. DISTRICT COURT JUDGE

DATED: _____