W. WEST ALLEN
Nevada Bar No. 5566
LEWIS AND ROCA, LLP
3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89109
Telephone: (702) 949-8200
Facsimile: (702) 949-8398

ERIC A. BURESH, Admitted *pro hac vice*
ERISE IP, P.A.
6201 College Boulevard, Suite 300
Overland Park, KS 66211
eric.buresh@eriseip.com

ABRAN J. KEAN, Admitted *pro hac vice*
ERISE IP, PA
5300 DTC Parkway, Suite 210
Greenwood Village, CO 80111
abran.kean@eriseip.com

ATTORNEYS FOR DEFENDANT
Sony Computer Entertainment America LLC

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| 1st MEDIA, LLC,<br><br>               Plaintiff,<br><br>vs.<br><br>ELECTRONIC ARTS INC., HARMONIX MUSIC SYSTEMS, INC., MICROSOFT CORPORATION, VIACOM INC. and SONY COMPUTER ENTERTAINMENT AMERICA LLC<br><br>               Defendants. | Case No. 2:07-cv-1589-JCM-NJK<br><br>**ORDER RE MOTION FOR STAY PENDING REEXAMINATION PURSUANT TO LR 16.1-20** |

Sony Computer Entertainment America LLC ("SCEA") has moved to stay this action pending *ex parte* reexamination of the patent-in-suit, U.S. Patent No. 5,464,946 ("the '946 Patent"). (Dkt. #306). The Court conducted a hearing regarding the motion on June 27, 2013. Upon review of the parties' submissions, and after considering the parties' arguments, the Court

concludes that a full stay of this action pending USPTO review is appropriate. Accordingly, all deadlines are stayed pending USPTO review. The parties shall notify the Court of any substantive changes in the reexamination proceeding that would impact the claims in this litigation.

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE
JAMES C. MAHAN

DATED: July 5, 2013.